# EXHIBIT A



**2019 CA 005052 B LIU, HUAIZHAO et al Vs. WEI, JINGSHENG WMJ**

- Case Type:
- Civil II
- Case Status:
- Open
- File Date:
- 07/31/2019
- Action:
- Complaint for Breach of Contract Filed
- Status Date:
- 07/31/2019
- Next Event:
- 11/15/2019

| All Information | Party | Event | Docket | Receipt | Disposition |



### Party Information

**LIU, HUAIZHAO**
- Plaintiff

- Disposition
- Disp Date

**Alias**

**Party Attorney**
- Attorney
- CLEVELAND, DAVID L

**ZHANG, CHARLOTTE**
- Plaintiff

- Disposition
- Disp Date

**Alias**

**Party Attorney**
- Attorney
- CLEVELAND, DAVID L

**WEI, JINGSHENG**
- Defendant

- Disposition
- Disp Date

**Alias**

**Party Attorney**
- Attorney
- BARGER, DAVID G
- Attorney
- EISENHOWER, III, JAMES S

### Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 11/01/2019 09:30 AM | Courtroom 219 | Initial Scheduling Conference-60 | Scheduling Conference Hearing Continued | |
| 11/08/2019 09:30 AM | Courtroom 219 | Scheduling Conference Hearing | Scheduling Conference Hearing Continued | |
| 11/15/2019 09:30 AM | Courtroom 219 | Scheduling Conference Hearing | | |

### Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 07/31/2019 | Complaint for Breach of Contract Filed  Receipt: 434505  Date: 07/31/2019 | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 07/31/2019 | eComplaint. Filed. Submitted. 07/31/2019 12:26. ncv.<br>(NO INFORMATION SHEET AND NO SUMMONS SUBMITTED AT FILING)<br>Attorney: CLEVELAND, Mr DAVID L (424209)<br>HUAIZHAO LIU (Plaintiff); CHARLOTTE ZHANG (Plaintiff); | Image |
| 07/31/2019 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 11/01/2019   Time: 9:30 am<br>Judge: JACKSON, WILLIAM M   Location: Courtroom 219 | |
| 08/01/2019 | Initial Summons Requested as to:<br>JINGSHENG WEI (Defendant); | Image |
| 08/02/2019 | Issue Date:  08/02/2019<br>Service:  Summons Issued<br>Method:  Service Issued<br>Cost Per:  $<br><br>WEI, JINGSHENG<br>415 East Capitol St. S.E. #2<br>WASHINGTON, DC   20003<br>Tracking No: 5000218099 | |
| 08/02/2019 | Initial Summons Requested as to:<br>Attorney: CLEVELAND, Mr DAVID L (424209)<br>JINGSHENG WEI (Defendant); | Image |
| 08/14/2019 | Affidavit of Service of Summons & Complaint on<br>JINGSHENG WEI (Defendant); | Image |
| 08/14/2019 | Proof of Service<br>   Method   : Service Issued<br>   Issued    : 08/02/2019<br>   Service   : Summons Issued<br>   Served    : 08/09/2019<br>   Return    : 08/14/2019<br>   On        : WEI, JINGSHENG<br>   Signed By : LAURENCE ANDERSON<br><br>   Reason    : Proof of Service<br>   Comment   :<br><br>   Tracking #: 5000218099 | |
| 08/27/2019 | Affidavit of Service of Summons & Complaint on<br>JINGSHENG WEI (Defendant); | Image |
| 08/29/2019 | Answer to Complaint Filed. submitted 08/29/2019 14:20. mw<br>Attorney: EISENHOWER III, Mr JAMES S (378040)<br>JINGSHENG WEI (Defendant); | Image |
| 10/09/2019 | Affidavit of Subpoena by Special Process Server Filed. submitted 10/09/2019 14:52. hvw | Image |
| 10/23/2019 | Plaintiffs' Motion for Leave to File Amended Complaint Filed. Submitted 10/23/2019 14:55. ajm<br>Attorney: CLEVELAND, Mr DAVID L (424209)<br>HUAIZHAO LIU (Plaintiff);  Receipt: 441294  Date: 10/24/2019 | Image |
| 10/23/2019 | Additional eFiling Document to Plaintiffs' Motion for Leave to File Amended Complaint Filed. Submitted 10/23/2019 14:55. ajm<br>Attorney: CLEVELAND, Mr DAVID L (424209) | Image |
| 10/25/2019 | Answer to Amended Complaint Filed 10/25/2019 14:54. TB<br>Attorney: EISENHOWER III, Mr JAMES S (378040)<br>JINGSHENG WEI (Defendant); | Image |
| 10/28/2019 | Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss Filed 10/28/2019 13:25. TB<br>Attorney: EISENHOWER III, Mr JAMES S (378040)<br>JINGSHENG WEI (Defendant);  Receipt: 441627  Date: 10/28/2019 | Image |
| 10/28/2019 | Motion for Leave to Withdraw as Counsel. Filed. Submitted. 10/28/2019 15:58. ncv.<br>Attorney: EISENHOWER III, Mr JAMES S (378040)<br>JINGSHENG WEI (Defendant);  Receipt: 441852  Date: 10/30/2019 | Image |
| 10/29/2019 | Order Granting Motion for Leave to Amend Complaint Entered on the Docket. Signed by J/Jackon in chambers and e-filed on October 29, 2019. JC | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 10/29/2019 | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 11/01/2019 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Continued<br>Judge: JACKSON, WILLIAM M   Location: Courtroom 219 | |
| 10/29/2019 | Scheduling Conference Hearing<br>Event: Scheduling Conference Hearing<br>Date: 11/08/2019   Time: 9:30 am<br>Judge: JACKSON, WILLIAM M   Location: Courtroom 219 | |
| 10/29/2019 | Answer Filed submitted 10/29/2019 08:39 pla<br>Attorney: EISENHOWER III, Mr JAMES S (378040)<br>JINGSHENG WEI (Defendant); | Image |
| 10/29/2019 | Order Sua Sponte to Continue Scheduling Conference Entered on Docket. Signed by J/Jackson in chambers and e-filed on October 29, 2019. JC. | |
| 10/29/2019 | Event Resulted:<br>The following event: Scheduling Conference Hearing scheduled for 11/08/2019 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Continued<br>Judge: JACKSON, WILLIAM M   Location: Courtroom 219 | |
| 10/29/2019 | Scheduling Conference Hearing<br>Event: Scheduling Conference Hearing<br>Date: 11/15/2019   Time: 9:30 am<br>Judge: JACKSON, WILLIAM M   Location: Courtroom 219 | |
| 10/29/2019 | Order Sua Sponte Continuing Scheduling Conference signed by Judge William M. Jackson on 10/29/2019. submitted 10/29/2019 14:47. hvw | Image |
| 10/29/2019 | Order Granting Motion for Leave to File an Amended Complaint. Signed by Judge W. Jackson on 10/29/2019. Submitted. 10/29/2019 14:10. ncv. | Image |
| 10/29/2019 | Amended Complaint Filed. kd<br>Attorney: CLEVELAND, Mr DAVID L (424209)<br>Mr DAVID L CLEVELAND (Attorney) on behalf of HUAIZHAO LIU, CHARLOTTE ZHANG (Plaintiff) | Image |
| 10/30/2019 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on:  10/30/2019  08:16:35.79 | Image |
| 11/01/2019 | Entry of Appearance Filed. Submitted 11/01/2019 13:11. ajm<br>Attorney: BARGER, Mr DAVID G (469095)<br>JINGSHENG WEI (Defendant); | Image |
| 11/04/2019 | Order Granting Motion to Withdraw as Counsel Entered on the Docket. Signed by J/Jackson in chambers and e-filed on November 4, 2019. JC | |
| 11/04/2019 | Order Granting Motion for Leave to Withdraw as Counsel Filed. Signed and Submitted by J/Jackson 11/04/2019 10:54. chd | Image |

### Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 434505 | 07/31/2019 | CLEVELAND, Mr DAVID L | $120.00 |
| 441294 | 10/24/2019 | CLEVELAND, Mr DAVID L | $20.00 |
| 441627 | 10/28/2019 | EISENHOWER III Mr JAMES S | $20.00 |
| 441852 | 10/30/2019 | EISENHOWER III, JAMES S. | $20.00 |
| Total | Total | Total | Total |
| | | | $180.00 |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | |