# EXHIBIT B

Filed
D.C. Superior Court
07/31/2019 12:26PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Huaizhao LIU
PO Box 40157
Washington DC 20016

Charlotte ZHANG
PO Box 40157
Washington DC 20016

Plaintiffs

v.                                          Civil Action No.

Jingsheng WEI
415 East Capitol Street S.E.  #2
Washington DC 20003

Defendant

## **COMPLAINT**

Jurisdiction of this court is founded on D.C. Code § 11-921.

1. Plaintiff Huaizhao LIU born in China.
2. Plaintiff Liu had sexual intercourse with defendant in early 2000; as a result, she became pregnant; a child was born in the year 2000 in California. Defendant is the father of that child.
3. Said child is plaintiff Charlotte Zhang.
4. From the year 2000 through 2017, defendant paid nothing to plaintiffs.
5. In 2018, a DNA test established that defendant is the father of Charlotte.
6. Defendant said, "I am happy to have a daughter. She dropped from heaven."
7. In mid-2018, defendant promised: "I will sell my house; I will help you."
8. In October 2018, defendant promised to pay college tuition for plaintiff Zhang.
9. But, defendant has broken all of the above promises. Defendant paid nothing to plaintiffs.
10. Defendant has paid zero dollars to plaintiffs, from 2000 to the present.

Wherefore, Plaintiffs demand judgment against defendant in the sum of $500,000.

Plaintiffs pray that this Court:
A] declare that defendant is the father of Charlotte;
B] order defendant to pay college tuition for Charlotte;

C] order defendant to pay $500,000 to plaintiffs;
D] Award plaintiffs reasonable attorney fees and costs
E] Grant all other such relief to plaintiffs as the Court deems proper and equitable.

Respectfully submitted,

Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

Filed
D.C. Superior Court
07/31/2019 12:26PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Huaizhao LIU
PO Box 40157
Washington DC 20016

Charlotte ZHANG
PO Box 40157
Washington DC 20016

Plaintiffs

v.                                        Civil Action No.   2019 CA 005052 B

Jingsheng WEI
415 East Capitol Street S.E.  #2
Washington DC 20003

Defendant

## **COMPLAINT**

Jurisdiction of this court is founded on D.C. Code § 11-921.

1. Plaintiff Huaizhao LIU born in China.
2. Plaintiff Liu had sexual intercourse with defendant in early 2000; as a result, she became pregnant; a child was born in the year 2000 in California. Defendant is the father of that child.
3. Said child is plaintiff Charlotte Zhang.
4. From the year 2000 through 2017, defendant paid nothing to plaintiffs.
5. In 2018, a DNA test established that defendant is the father of Charlotte.
6. Defendant said, "I am happy to have a daughter. She dropped from heaven."
7. In mid-2018, defendant promised: "I will sell my house; I will help you."
8. In October 2018, defendant promised to pay college tuition for plaintiff Zhang.
9. But, defendant has broken all of the above promises. Defendant paid nothing to plaintiffs.
10. Defendant has paid zero dollars to plaintiffs, from 2000 to the present.

Wherefore, Plaintiffs demand judgment against defendant in the sum of $500,000.

Plaintiffs pray that this Court:
A] declare that defendant is the father of Charlotte;
B] order defendant to pay college tuition for Charlotte;

C] order defendant to pay $500,000 to plaintiffs;
D] Award plaintiffs reasonable attorney fees and costs
E] Grant all other such relief to plaintiffs as the Court deems proper and equitable.

Respectfully submitted,

Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

HUAIZHAO LIU et al
   Vs.                                                  C.A. No.     2019 CA 005052 B
JINGSHENG WEI

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge WILLIAM M JACKSON
Date:   July 31, 2019
Initial Conference: 9:30 am, Friday, November 01, 2019
Location:   Courtroom 219
                   500 Indiana Avenue N.W.
                   WASHINGTON, DC  20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.  D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Liu, Husiaheo
_____ Plaintiff

vs.

Wei, Jingsheng
_____ Defendant

Case Number 2019 CA 005052 B

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David L. Cleveland
_____
Name of Plaintiff's Attorney

924 G Street NW
_____
Address

Wash DC 20001
_____

202-772-4345
_____
Telephone

*Clerk of the Court*

By _____
                    Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시요.        የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Liu, Huqiucheo_
_____ Plaintiff

vs.

_Wei, Jinssheng_
_____ Defendant

Case Number _2019 CA 005052 B_

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_David L. Cleveland_
_____
Name of Plaintiff's Attorney

_924 G Street NW_
_____
Address
_Wash DC 20001_
_____

_202 - 772-4345_
_____
Telephone

By _____
Clerk of the Court

_____
Deputy Clerk

Date **08/03/2019**
_____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오.    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

Filed

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

D.C. Superior Court
08/02/2019 13:31PM
Clerk of the Court

Liu, Husiaheo
_____
                                    Plaintiff

vs.

Wei, Jiassheng
_____
                                    Defendant

Case Number 2019 CA 005052 B

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David L, Cleveland
_____
Name of Plaintiff's Attorney

924 G Street NW
_____
Address
Wash DC 20001

202 - 772-4345
_____
Telephone

*Clerk of the Court*

By _____
                    Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시요.      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

D.C. Superior Court
08/02/2019 13:31PM
Clerk of the Court

_Liu, Huaicheo_
_____ Plaintiff
vs.

_Wei, Jingsheng_
_____ Defendant

Case Number _2019 CA 005052 B_

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_David L. Cleveland_
_____
Name of Plaintiff's Attorney
_924 G Street NW_
_____
Address
_Wash DC 20001_
_202 - 772 - 4345_
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _08/03/2019_

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화해주십시오.     የአማርኛ ትርጉም አስፈላጊ ከሆነ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

Filed
D.C. Superior Court
10/23/2019 14:55PM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

LIU, Huaizhao et al.,

Plaintiffs

v.                                            Civil Action No. 2019 CA 005052 B
                                              Judge William M. Jackson

                                                     Next event: Status Conference on
                                                     November 1, 2019 at 9:30 am

WEI, Jingsheng

Defendant

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

After the complaint was filed in this case, defendant committed additional acts.
Therefore, plaintiffs now have a new cause of action.

For the reasons set forth in the attached memorandum of law, plaintiffs seek leave to file an
amended complaint. A copy of that amended complaint is attached hereto as Exhibit 1.

Despite diligent efforts of the undersigned, consent could not be obtained. Counsel for plaintiffs
asked counsel for defendant to consent to this motion, via email and phone conversation, but no
consent was obtained.


Respectfully submitted,


Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
924 G Street, NW Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

CERTIFICATE OF SERVICE
I hereby certify that on October 23, 2019, a true and accurate copy of this document was
sent by email and first-class mail to James Eisenhower, counsel for defendant, at 20560 Main
Street, Suite 728, Fairfax VA 22030.


_____
David L. Cleveland

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

LIU, Huaizhao et al.,
Plaintiffs

v.                                        Civil Action No. 2019 CA 005052 B
                                          Judge William M. Jackson

WEI, Jingsheng
Defendant

## PLAINTIFFS' POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

After the complaint was filed in this case, defendant committed additional acts.

Defendant made slanderous statements, in public, which defamed plaintiffs, in September 2019.

Therefore, plaintiffs now have a new cause of action.

Civil Rule 15(a)(3) states that the court "should freely give leave when justice so

requires."  Because this jurisdiction favors resolution of controversies on their merits, leave to

amend, generally speaking, in freely given. *Gordon v. Raven Sys. & Research,* 462 A.2d 10

(D.C. App. 1983).  There is a virtual presumption that court should grant leave to amend where

no good reason appears to the contrary. *Bennet v. Fun & Fitness,* 434 A.2d 476 (D.C. App. 1981)

A proposed Order is attached hereto.


Respectfully submitted,

Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

LIU, Huaizhao et al.,

Plaintiffs

v.                                                 Civil Action No. 2019 CA 005052 B
                                                   Judge William M. Jackson

WEI, Jingsheng

Defendant

**<u>ORDER</u>**

     Upon consideration of plaintiff's motion for leave to file an amended complaint, and of any opposition thereto, it is hereby

     ORDERED that plaintiffs' motion is granted.

     IT IS FURTHER ORDERED that defendant shall file a response within 30 days of the date of this Order.

The granting of this motion does not affect any dates currently set.

Date: _____          _____
                                   Judge William M Jackson

Copies should be sent to:

     David L. Cleveland, counsel for plaintiffs
     DC Bar # 424209
     924 G Street, NW Washington, DC 20001
     [202] 772-4345 Fax: [202] 386-7032
     1949.david@gmail.com

     James Eisenhower, counsel for defendant,
     20560 Main Street, Suite 728,
     Fairfax VA 22030.
     [703] 352-9690
     <j.eisenhower.elpc@gmail.com.

**EXHIBIT 1**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

LIU, Huaizhao et al.,

Plaintiffs

v.                                         Civil Action No. 2019 CA 005052 B
                                           Judge William M. Jackson

WEI, Jingsheng

Defendant

## <u>AMENDED COMPLAINT</u>

FIRST CAUSE OF ACTION

Jurisdiction of this court is founded on D.C. Code § 11-921.

1. Plaintiff Liu was born in China.
2. Plaintiff Liu had sexual intercourse with defendant in California in early 2000; as a result, she became pregnant; a child was born on December 8, 2000 in California. Defendant is the father of that child.
3. Said child is plaintiff Charlotte Zhang.
4. From the year 2000 through 2017, defendant paid nothing to plaintiffs.
5. In 2018, a DNA test established that defendant is the father of Charlotte.
6. Defendant said, "I am happy to have a daughter. She dropped from heaven."
7. In mid-2018, defendant promised: "I will sell my house; I will help you."
8. In October 2018, defendant promised to pay college tuition for plaintiff Zhang.
9. But, defendant has broken all of the above promises. Defendant paid nothing to plaintiffs.
10. Defendant has paid zero dollars to plaintiffs, from 2000 to the present.

SECOND CAUSE OF ACTION

11. Plaintiffs repeat, re-allege, and incorporate by reference all of the above allegations.

12. On September 30, 2019, defendant attended an anti-Chinese Communist Party (CPP) protest held at 3505 International Place NW, Washington DC 20008. After the protest ended, he went into a nearby apartment in Washington DC. Inside that apartment were numerous people, including Mr. Xiangyang Li. At that time, and in the presence of those people, defendant said many things about the plaintiffs, including but not limited to:

    a] Plaintiffs are fakes; they have been cheating a lot of people in China;
    b] This time they have been sent by CCP to come here, to interrupt my work;
    c] after I said Liu should do a DNA test, she shut up.

13. All of the above statements are false and defamatory.

14. Defendant published the statements without privilege to a third party.

15. Defendant's fault in publishing the statements amounted to at least negligence.

16. The statements are actionable as a matter of law irrespective of special harm or that its publication caused the plaintiffs special harm.

17. Defendant acted intentionally, with malice, and with full knowledge that his statements were false.

18. Defendant's statements and acts are interfering and have interfered with prospective advantageous business opportunities for plaintiffs.

19. Defendant's statements and acts are slanderous, and tend to injure plaintiffs in their trade, profession or community standing, or lower them in the estimation of the community.

20. Plaintiff Ms. Liu is sure that people will begin to stay away from her; that people will think badly of her; and that she is being isolated from her pro-democracy colleagues. She fears she will suffer physical harm.

21. Plaintiff Charlotte is sure that people will begin to stay away from her; that people will think badly of her; that she will suffer physical harm; and that she will be insulted in the future.

Wherefore, Plaintiffs demand judgment against defendant in the sum of $500,000.

Plaintiffs pray that this Court:
A] declare that defendant is the father of Charlotte;
B] order defendant to pay college tuition for Charlotte;
C] order defendant to pay $500,000 to plaintiffs;
D] Award plaintiffs reasonable attorney fees and costs
E] Grant all other such relief to plaintiffs as the Court deems proper and equitable.

Respectfully submitted,

Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

Filed
**D.C. Superior Court
10/29/2019 14:47PM
Clerk of the Court**

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |  |
|---|---|---|
| HUAIZHAO LIU, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 2019 CA 005052 B |
| v. | ) | |
| | ) | Judge William M. Jackson |
| JINGSHENG WEI. | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER SUA SPONTE CONTINUING SCHEDULING CONFERENCE

This matter is scheduled for a Scheduling Conference on November 8, 2019. Due to scheduling conflicts, however, the Court will not hold the Scheduling Conference on November 8, 2019. Therefore, the Court shall reschedule the Scheduling Conference to the next available date on November 15, 2019 at 9:30 AM in Courtroom 219.

Therefore, on this **29th Day of October, 2019**, it is

**ORDERED** that the November 8, 2019, Scheduling Conference is **CONTINUED** until November 15, 2019 at 9:30 AM in Courtroom 219.

**SO ORDERED**.

*William M. Jackson*
**William M. Jackson
Associate Judge
(Signed in Chambers)**

Copies to:

David Cleveland, Esq.
*Counsel for Plaintiff*

James Eisenhower, Esq.
*Counsel for Defendant*

Filed
D.C. Superior Court
10/29/2019 14:10PM
Clerk of the Court

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| HUAIZHAO LIU, *et al.*, ) | |
| Plaintiffs, ) | |
| ) | Case No. 2019 CA 005052 B |
| v. ) | |
| ) | Judge William M. Jackson |
| JINGSHENG WEI. ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**

This matter is before the Court on Plaintiff's Motion for Leave to File an Amended Complaint, filed on October 23, 2019. Although Defendant did not consent to the Motion, two days after its filing, Defendant filed an Answer to the Plaintiff's Amended Complaint which was attached to its Motion for Leave. Additionally, the Motion was timely filed and does not affect any dates or deadlines currently set. For these reasons, the Plaintiff's Motion for Leave to File an Amended Complaint will be **granted**.

Additionally, this matter is scheduled for an Initial Scheduling Conference on November 1, 2019. Due to scheduling conflicts, however, the Court is unable to hold the Initial Scheduling Conference on November 1, 2019. Therefore, the Court shall reschedule the Initial Scheduling Conference to the next available date on November 8, 2019 at 9:30 AM in Courtroom 219.

Therefore, on this **29th Day of October, 2019**, it is

**ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint is **GRANTED**; it is further

**ORDERED** that Plaintiff's Amended Complaint attached to its Motion for Leave is **DEEMED FILED**; and it is further

**ORDERED** that the November 1, 2019, Status Hearing is **CONTINUED** until November 8, 2019 at 9:30 AM in Courtroom 219.

**SO ORDERED**.

William M. Jackson
Associate Judge
(Signed in Chambers)

Copies to:

David Cleveland, Esq.
*Counsel for Plaintiff*

James Eisenhower, Esq.
*Counsel for Defendant*



FILED
CIVIL ACTIONS BRANCH
OCT 2 9 2019
Superior Court
of the District of Columbia
Washington, D.C.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

LIU, Huaizhao et al.,

Plaintiffs

v.                                  Civil Action No. 2019 CA 005052 B
                                    Judge William M. Jackson

WEI, Jingsheng

Defendant

## AMENDED COMPLAINT

FIRST CAUSE OF ACTION

Jurisdiction of this court is founded on D.C. Code § 11-921.

1. Plaintiff Liu was born in China.
2. Plaintiff Liu had sexual intercourse with defendant in California in early 2000;
   as a result, she became pregnant; a child was born on December 8, 2000 in
   California. Defendant is the father of that child.
3. Said child is plaintiff Charlotte Zhang.
4. From the year 2000 through 2017, defendant paid nothing to plaintiffs.
5. In 2018, a DNA test established that defendant is the father of Charlotte.
6. Defendant said, "I am happy to have a daughter. She dropped from heaven."
7. In mid-2018, defendant promised: "I will sell my house; I will help you."
8. In October 2018, defendant promised to pay college tuition for plaintiff
   Zhang.
9. But, defendant has broken all of the above promises. Defendant paid nothing
   to plaintiffs.
10. Defendant has paid zero dollars to plaintiffs, from 2000 to the present.

SECOND CAUSE OF ACTION

11. Plaintiffs repeat, re-allege, and incorporate by reference all of the above allegations.
12. On September 30, 2019, defendant attended an anti-Chinese Communist Party (CPP) protest held at 3505 International Place NW, Washington DC 20008. After the protest ended, he went into a nearby apartment in Washington DC. Inside that apartment were numerous people, including Mr. Xiangyang Li. At that time, and in the presence of those people, defendant said many things about the plaintiffs, including but not limited to:

> a] Plaintiffs are fakes; they have been cheating a lot of people in China;
> b] This time they have been sent by CCP to come here, to interrupt my work;
> c] after I said Liu should do a DNA test, she shut up.

13. All of the above statements are false and defamatory.
14. Defendant published the statements without privilege to a third party.
15. Defendant's fault in publishing the statements amounted to at least negligence.
16. The statements are actionable as a matter of law irrespective of special harm or that its publication caused the plaintiffs special harm.
17. Defendant acted intentionally, with malice, and with full knowledge that his statements were false.
18. Defendant's statements and acts are interfering and have interfered with prospective advantageous business opportunities for plaintiffs.
19. Defendant's statements and acts are slanderous, and tend to injure plaintiffs in their trade, profession or community standing, or lower them in the estimation of the community.
20. Plaintiff Ms. Liu is sure that people will begin to stay away from her; that people will think badly of her; and that she is being isolated from her pro-democracy colleagues. She fears she will suffer physical harm.
21. Plaintiff Charlotte is sure that people will begin to stay away from her; that people will think badly of her; that she will suffer physical harm; and that she will be insulted in the future.

Wherefore, Plaintiffs demand judgment against defendant in the sum of $500,000.

Plaintiffs pray that this Court:
A] declare that defendant is the father of Charlotte;
B] order defendant to pay college tuition for Charlotte;
C] order defendant to pay $500,000 to plaintiffs;
D] Award plaintiffs reasonable attorney fees and costs
E] Grant all other such relief to plaintiffs as the Court deems proper and equitable.

Respectfully submitted,

Attorney for Plaintiffs


David L. Cleveland
DC Bar # 424209
924 G Street, NW
Washington, DC 20001
[202] 772-4345 Fax: [202] 386-7032
1949.david@gmail.com

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**October 30, 2019**

CASE NAME:    HUAIZHAO LIU et al Vs. JINGSHENG WEI

CASE NO.    2019 CA 005052 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge WILLIAM M JACKSON.

**HEARING DATE: Friday, November 15, 2019**
**TIME: 9:30 am**
**LOCATION:  500 Indiana Avenue N.W.**
             **Courtroom 219**
             **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mr DAVID L CLEVELAND
CATHOLIC CHARITIES
924 G STREET NW

Washington, DC 20001

2019 CA 005052 B

CANOH-1
10/30/2019

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**October 30, 2019**

CASE NAME:     HUAIZHAO LIU et al Vs. JINGSHENG WEI

CASE NO.     2019 CA 005052 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge WILLIAM M JACKSON.

**HEARING DATE: Friday, November 15, 2019**
**TIME: 9:30 am**
**LOCATION:   500 Indiana Avenue N.W.**
                    **Courtroom 219**
                    **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mr JAMES S EISENHOWER III
EISENHOWER, LAUFER & TARBY PC
4041 UNIVERSITY DRIVE
SUITE 100
Fairfax, VA 22030

2019 CA 005052 B

CANOH-1
10/30/2019

Filed
D.C. Superior Court
11/04/2019 10:54AM
Clerk of the Court

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |
|---|---|
| HUAIZHAO LIU, *et al.*, | ) |
| Plaintiffs, | ) |
|  | )    Case No. 2019 CA 005052 B |
| v. | ) |
|  | )    Judge William M. Jackson |
| JINGSHENG WEI. | ) |
| Defendant. | ) |
|  | ) |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This matter is before the Court on Defendant Counsel's Motion for Leave to Withdraw as Counsel, filed on October 28, 2019. On November 1, 2019, new counsel for Defendant entered his appearance, and Defendant consented to the substitution of counsel. Thus, upon review of the Motion, Defendant's consent, and the entire record herein, the Court grants the motion.

Therefore, on this **4th Day of November, 2019**, it is

**ORDERED** that Defendant's Motion for Leave to Withdraw as Counsel is **GRANTED**.

**SO ORDERED**.

William M. Jackson
Associate Judge
(Signed in Chambers)

Copies to:

David Cleveland, Esq.
*Counsel for Plaintiff*

David Barger, Esq.
*Counsel for Defendant*

James Eisenhower, Esq.
*Former Counsel for Defendant*